

# Fourth Court of Appeals
## San Antonio, Texas

February 19, 2025

No. 04-25-00049-CR

**IN RE** Deandre **JENKINS**, Relator

Original Proceeding[1]

**ORDER**

Sitting:    Irene Rios, Justice
            Lori Massey Brissette, Justice
            Adrian A. Spears II, Justice

On January 14, 2025, relator filed a petition for writ of mandamus. The court has considered relator's petition and has determined that it is now moot. Accordingly, the petition for writ of mandamus is DENIED AS MOOT. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on February 19, 2025.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of February, 2025.

_____
Luz Estrada, Chief Deputy Clerk

---

[1]This proceeding arises out of Cause No. 2014CR8396, styled *State v. Jenkins*, pending in the 186th Judicial District Court, Bexar County, Texas, the Honorable Kristina Escalona presiding.